IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND, et al., | CASE NO. 1:23 CV 1261 |
| | JUDGE DONALD C. NUGENT |
| Plaintiffs, | |
| v. | JUDGMENT ENTRY |
| MILES MANAGEMENT CORP. d/b/a Miles Supermarket, | |
| Defendant. | |

Before this Court is Plaintiffs' Motion for Default Judgment against Defendant Miles Management Corp. pursuant to Rule 55 of the Federal Rules of Civil Procedure, which is accompanied by a memorandum of points and authorities and supporting declarations (ECF Doc. 19). Upon good cause shown, Plaintiffs' Motion for Default Judgment is hereby GRANTED.

Judgment is hereby entered in favor of Plaintiffs United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund and Carl Ivka, Sasha Phillips, Miles Anderson and Thomas Heinen, as trustees of the United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund ("Plaintiffs") against Defendant Miles Management Corp. ("Defendant") in the total amount of $605,083.32 comprised of the following:

(a) $453,158.08 for assessed and past due multiemployer pension plan withdrawal liability under the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments of 1980, 29 U.S.C. §1001 *et seq.* ("ERISA");

    (b) $90,631.62 for liquidated damages pursuant to 29 U.S.C. §§ 1132(g)(2), 1145 and 1451(b);

    (c) $44,285.41 for interest pursuant to 29 U.S.C. § 1399(c)(6) and 29 C.F.R. § 4219.32 on the total amount of assessed and unpaid withdrawal liability due and owing from May 9, 2023 through February 20, 2024; and

    (d) $17,008.21 for attorneys' fees and costs pursuant to 29 U.S.C. §1132(g)(2)(D) and 29 U.S.C. §1451(e) incurred by Plaintiffs for prosecuting this action through February 25, 2024.

    Upon entry of this Judgment, this case is closed, provided that this Court will retain jurisdiction as necessary to enforce or in connection with execution on this Judgment.

    It is so ORDERED.

Dated: March 8, 2024
Cleveland, Ohio

/s/ Donald C. Nugent
Donald C. Nugent
United States District Judge

Prepared by:

FUSCO GALLAGHER & PORCARO LLP

David M. Fusco (0010387)
James G. Porcaro (0071598)
812 Huron Rd. East, Suite 690
Cleveland, Ohio 44115
(216) 566-1600 (telephone)
(216) 566-1814 (facsimile)
dfusco@fgplaborlaw.com (e-mail)
jporcaro@fgplaborlaw.com (e-mail)

Counsel for Plaintiffs